IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr327-MHT |
| | ) | (WO) |
| CODY EUGENE MOBLEY | ) | |

OPINION AND ORDER

Defendant Cody Eugene Mobley moved to suppress under the Fourth Amendment to the United States Constitution evidence recovered from a truck and storage shed searched on his property, as well as inculpatory statements he made subsequent to his arrest. This case is before the court on the recommendation of the United States Magistrate Judge that the motion to suppress be denied in its entirety. Mobley objected to only the portions of the recommendation concerning the search of the truck. Upon an independent and de novo review of the record, including a review of the transcript of the evidentiary hearing, the court concludes that the objection should be overruled and the recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1)  The objection (doc. no. 66) is overruled.

(2)  The recommendation of the United States Magistrate Judge (doc. no. 64) is adopted.

(3)  The motion to suppress (doc. no. 41) is denied.

DONE, this the 17th day of January, 2019.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**